UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60773-CIV-ZLOCH

DARRYL SOLOMON HOPE,

    Plaintiff,

vs.                                                  **O R D E R**

MARY M. MITCHELL, WARDEN,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Darryl Solomon Hope's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus (DE 5), Motion Of Objection In Opposition To The Magistrate Report Of Recommendation (DE 9), and Supplemental Objections (DE 10), and the Report Re Dismissal For Failure To Obtain Authorization (DE 8) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Darryl Solomon Hope's Motion Of Objection In Opposition To The Magistrate Report Of Recommendation (DE 9) and Supplemental Objections (DE 10) be and the same are hereby **OVERRULED**;

    2. The Report Re Dismissal For Failure To Obtain Authorization (DE 8) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by

the Court;

3. Plaintiff Darryl Solomon Hope's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus (DE 5) be and the same is hereby **DENIED**; and

4. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___25th___ day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Darryl Solomon Hope, pro se
# 28812-004
P.O. Box 1032
FCC Coleman, FL